UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LONNER MELTON,

    Petitioner,

v.

Case NO. 2:11-CV-15210
HONORABLE AVERN COHN
UNITED STATES DISTRICT JUDGE

CARMEN PALMER,

    Respondent,

_____/

JUDGMENT

The above entitled matter having come before the Court on a Petition for Writ of Habeas Corpus, Honorable Avern Cohn, a United States District Court Judge, presiding, and in accordance with the Memorandum Opinion and Order entered on June 20, 2012.

IT IS ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED AND ADJUDGED that a Certificate of Appealability and Leave to Appeal *In Forma Pauperis* are DENIED.

Dated at Detroit, Michigan, this 20th, day of June, 2012.

                DAVID J. WEAVER
                CLERK OF THE COURT

                BY: s/Julie Owens
                DEPUTY CLERK

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, June 20, 2012, by electronic and/or ordinary mail.

                S/Tanya Bankston on behalf of s/Julie Owens
                Case Manager, (313) 234-5160